MORRISON, Judge.

The offense is burglary; the punishment, four years.

No statement of facts accompanies the record.

■ Bill of exception No. 1 is to the admission of testimony. There is no showing in the bill as to what the testimony complained of was. The bill does not show that any objectionable testimony was admitted and, therefore, presents nothing for review. 13A Texas Digest Criminal Law ⊕1120(4).

■ Bill of exception No. 2 seeks to attack the sufficiency of the evidence to support the verdict. We cannot pass upon such a bill without a statement of facts.

What we have said in discussing bill of exception No. 2 applies to bill of exception No. 3, wherein appellant complains of absence of corroboration of the accomplice's testimony.

Finding no reversible error, the judgment of the trial court is affirmed.

No attorney on appeal for appellant.

George P. Blackburn State's Atty., of Austin, for the State.

MORRISON, Judge

The appeal is from a judgment revoking probation.

No statement of facts or bills of exception accompany the record.

We are without jurisdiction to adjudicate this appeal because of the absence of a sentence in the record.

State's motion to dismiss the appeal is granted.